ANDREW D. STOLPER (205462)
astolper@lawfss.com
JASON M. FRANK (190957)
jfrank@lawfss.com
SCOTT H. SIMS (234148)
ssims@lawfss.com
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:  (949) 201-2400
Facsimile:  (949) 201-2405
astolper@lawfss.com

PAUL R. WOOD (*Pro Hac* 12578)
woodp@fdazar.com
FRANKLIN D. AZAR (*Pro Hac* 13131)
azarf@fdazar.com
FRANKLIN D. AZAR & ASSOCIATES, PC
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:  (303) 759-5203

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FELIPE YBARRA and CESARIO SERRATO, Individually and as representatives of a class consisting of the participants and beneficiaries of the Supplemental Income 401(K) Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF SUPPLEMENTAL INCOME TRUST FUND; RICHARD BARBOUR; ROME A. ALOISE; KEITH FLEMING; CARLOS BORBA; CLARK RITCHEY; and DOES 1 - 10,<br><br>Defendants. | Case No.:  8:17-cv-02091-JVS-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         May 13, 2019<br>Time:        1:30 p.m.<br>Courtroom: 10C<br>Judge:       Hon. James V. Selna |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on May 13, 2019 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Plaintiffs Felipe Ybarra and Cesario Serrato ("Plaintiffs") will and hereby do move for an order:

1. Granting preliminary approval of the Class Action Settlement Agreement between Plaintiffs and Defendants (the "Settlement"), a copy of which is attached as Exhibit A to the Memorandum in Support of Plaintiff's Motion for Preliminary Approval filed concurrently.

2. Appointing and approving Atticus Administration LLP as the Settlement Administrator.

3. Approving the form and manner of notices to the Settlement Class as set forth in the Settlement Agreement, including its Exhibits 2 and 3.

4. Approving Jason M. Frank, Scott H. Sims and Andrew D. Stolper of Frank Sims & Stolper LLP, and Franklin D. Azar and Paul Wood of Franklin D. Azar & Associates as Class Counsel for the Settlement Class.

5. Setting a Final Approval Hearing on August 12, 2019 at 1:30 p.m. in Courtroom 10C at 411 West Fourth Street, Santa Ana, California 92701-4516, or as soon thereafter as the Court's schedule permits.

This Motion is and will be based on the grounds the requirements of Federal Rule of Civil Procedure 23 are met and on grounds the Settlement is fair, adequate and reasonable, and that the notice if the best notice practicable under the circumstances

This Motion is based on this Notice of Motion and Motion; the supporting Memorandum of Points and Authorities; the Declaration of Jason M. Frank; the Declaration of Paul Wood; the Declaration of Christopher Longley; the Declaration of Felipe Ybarra; the Declaration of Cesario Serrato; the [Proposed] Preliminary Approval Order; the pleadings on file herein, and such other and further material to be offered at the hearing.

Dated: April 15 2019

FRANK SIMS & STOLPER LLP

By: */s/ Jason M. Frank*
Jason M. Frank
Scott Sims
Andrew Stolper

FRANKLIN D. AZAR & ASSOCIATES
Franklin D. Azar
Paul R. Wood

Attorneys for Plaintiff

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**