ANDREW D. STOLPER (205462)
astolper@lawfss.com
JASON M. FRANK (190957)
jfrank@lawfss.com
SCOTT H. SIMS (234148)
ssims@lawfss.com
FRANK SIMS & STOLPER LLP
19800 MacArthur Blvd., Suite 855
Irvine, CA 92612
Telephone:  (949) 201-2400
Facsimile:  (949) 201-2405

PAUL R. WOOD (*Pro Hac 12578*)
woodp@fdazar.com
FRANKLIN D. AZAR (*Pro Hac 13131*)
azarf@fdazar.com
FRANKLIN D. AZAR & ASSOCIATES, PC
14426 East Evans Avenue
Aurora, CO 80014
Telephone:  (303) 757-3300
Facsimile:  (303) 759-5203

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FELIPE YBARRA and CESARIO SERRATO, Individually and as representatives of a class consisting of the participants and beneficiaries of the Supplemental Income 401(K) Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF SUPPLEMENTAL INCOME TRUST FUND; RICHARD BARBOUR; ROME A. ALOISE; KEITH FLEMING; CARLOS BORBA; CLARK RITCHEY; and DOES 1 - 10,<br><br>Defendants. | Case No.: 8:17-cv-02091-JVS-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARD**<br><br>Date:         September 30, 2019<br>Time:        1:30 p.m.<br>Courtroom: 10C<br>Judge:       Hon. James V. Selna |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on September 30, 2019 at 1:30 p.m. in Courtroom 10C of the United States District Court for the Central District of California, Southern Division, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiffs Felipe Ybarra and Cesario Serrato ("Plaintiffs") will and hereby do move for an order:

1. Granting final approval of the Class Action Settlement between Plaintiffs and Defendants Board of Trustees of Supplemental Income Trust Fund; Richard Barbour; Rome A. Aloise; Keith Fleming; Carlos Borba; and Clark Ritchey (the "Settlement").

2. Granting Class Counsel's request for attorneys' fees of $2,625,000.00 and costs of $52,269.50.

3. Awarding Plaintiffs an incentive award of $5,000 each.

This Motion is based on this Notice of Motion and Unopposed Motion; the supporting Memorandum of Points and Authorities; the Declarations of Jason M. Frank, Paul R. Wood, Christopher Longley and Christopher Diffee, the pleadings on file herein, and such other and further material to be offered at the hearing.

Dated: August 30, 2019                FRANK SIMS & STOLPER LLP

                                      By:   */s/ Scott H. Sims*
                                            Scott H. Sims
                                            Attorneys for Plaintiffs


                                      FRANKLIN D. AZAR & ASSOCIATES


                                      By:   */s/ Paul R. Wood*
                                            Paul R. Wood
                                            Attorneys for Plaintiffs

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARD**